# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3796

_____

| | | |
|---|---|---|
| Patrick Robertson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| Larry Norris, Director, Arkansas | * | [UNPUBLISHED] |
| Department of Correction, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: June 4, 2009
Filed:  June 8, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Patrick Robertson appeals after the district court[1] dismissed as time-barred his 28 U.S.C. § 2254 petition challenging his parole classification. Upon de novo review, *see Painter v. Iowa*, 247 F.3d 1255, 1256 (8th Cir. 2001), and

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

careful consideration of the arguments on appeal, we agree with the district court's conclusion that the petition was untimely under 28 U.S.C. § 2244(d)(1).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____